1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ17-514 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JULIAN ANDREW LATIMER, | |
| Defendant. | |

14 <u>Offenses charged</u>:

15       Count 1:       Felon in Possession of a Firearm

16       Count 2:       Possession of Methamphetamine with Intent to Distribute

17       Count 3:       Possession of Heroin with Intent to Distribute

18       Count 4:       Possession of a Firearm in Furtherance of a Drug Trafficking Crime

19 <u>Date of Detention Hearing</u>: February 23, 2018.

20       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

22       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

23       1.       Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

24 defendant is a flight risk and a danger to the community based on the nature of the pending

25 charges.

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.    Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

3.    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of February, 2018.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2